NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTINE GREGORY,                  )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D17-562
                                    )
DANIEL GREGORY,                     )
                                    )
          Appellee.                 )
_____ )


Opinion filed February 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Emmett L. Battles,
Judge.

Anya Van Veen, Brian M. Spiro, and
Jeffrey H. Skatoff of Clark Skatoff PA,
Palm Beach Gardens, for Appellant.

Mercedes G. Hale of Hale and Messina
Law, PLLC, Wesley Chapel, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, KELLY, and SALARIO, JJ., Concur.